UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:11CV-P69-S

SAMUEL JOSEPH HARPER                          PLAINTIFF

v.

OLDHAM COUNTY JAIL *et al.*                      DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted because it is clear from the face of Plaintiff's complaint that his claims are time barred.

All pending motions are **DENIED as moot.**

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Plaintiff, *pro se*
4411.008